PENACHIO MALARA LLP
Counsel for the Debtor
245 Main Street – Suite 450
White Plains, New York 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
In re                                                                    CHAPTER 11

AMELIA HOLDINGS CORP.,                               CASE NO.:            (RDD)

                                    Debtor.
------------------------------------------------X

### AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

**CIRILO RODRIGUEZ,** hereby affirms as follows:

1. I submit this affirmation pursuant to Federal Rule of Bankruptcy Procedure 1007(d) and Local Bankruptcy Rule 1007-2.

2. I am the secretary of Amelia Holdings, Corp., the above-referenced debtor (the "Debtor"), a New York Corporation. I have personal knowledge of the Debtor's financial affairs.

3. The Debtor's primary asset a consists of two contiguous parcels of real property known as 77 Cortlandt Street, 116 Beekman Avenue, and 118 Beekman Avenue, Sleepy Hollow, NY (together the 'Premises").

4. The Premises was formerly owned by the Roman Catholic Archdiocese of New York. The Debtor purchased the Premises from the Archdiocese in 2015.

5.     The Premises is improved with a rectory (the "Rectory"), a Church (the "Church") and a small school and party hall (the "School"). My wife resides in the Rectory. The Debtor is developing the Church into 14 apartments. The development has been approved by the local building department. The School is rented out on weekends for catered events. The Debtor plans to convert the lower level of the School it into a day care center and maintain the upstairs as a party hall.

6.     The Premises is conservatively valued at $3 million.

7.     DCP Capital ("DCP") holds a mortgage on the Premises. Upon information and belief, less than $1 million is due. Although the Debtor was current with monthly installment payments to DCP, DCP alleged that it had defaulted. In support of its position, DCP asserted that the Debtor's rental of the School as a party hall violated the banking covenant. DCP contends that the use of the School as a party hall is unauthorized under local zoning regulations. The Debtor, who has a permit for use as a catering facility, disputes DCP's allegation. The alleged default triggered an onerous default interest rate. The Debtor was unable to make installment payments at the default rate. Based upon the Debtor's failure to make payments, DCP commenced a foreclosure action in New York State Supreme Court. Although the Debtor is defending the action, it filed for Chapter 11 relief to stay the appointment of a receiver to manager the Premises.

8.     The Debtor has been exploring refinancing and is optimistic that it will be able to borrow funds from Dutchess Co. Savings Bank (with respect to the Church and School) and Chase (with respect to the Rectory).

9. No shares of the Debtor are publically held.

10. No property of the Debtor is currently in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, secured creditor or any agent for such entity.

11. The Debtor's assets and books and records are located at its nearby offices at 150 Cortlandt Street, Sleepy Hollow, NY.

12. Other than DCP, the Debtor's creditors are limited.

13. The aforementioned foreclosure sale is the only significant action pending against the Debtor. The Debtor is also may be counter-claim defendant in litigation involving Development Strategies Corp. The parties to that litigation will be listing on the Schedules.

14. I am responsible for the Debtor's day to day activities.

15. The Debtor filed for bankruptcy relief to protect it from the threat of foreclosure and to possibly relieve it of an onerous default rate of interest.

16. A copy of the corporate resolution authorizing the filing of the Debtor's Chapter 11 proceeding has been or will be filed with the Court.

17. I believe that the best interests of the Debtor and its creditors and equity holder will be best served by Chapter 11.

Cirilo Rodriguez
Dated: 9-25-2018